In the Matter of the Application of WILFRED E. YOUKER, Appellant, for a Peremptory Writ of Mandamus against EDWARD LAZANSKY, as Secretary of State, et al., Respondents.

*Matter of Youker*, 146 App. Div. 894, appeal dismissed.
(Argued October 2, 1911; decided October 3, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department,

entered September 25, 1911, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the secretary of state to make and transmit to the custodian of primary records a notice under his hand and seal specifying the office of the Municipal Court justice for the sixth district Municipal Court within the borough of Brooklyn, city of New York, as one of the officers to be voted for at the coming election in November, 1911.

*Charles B. Law* for appellant.

*Thomas Carmody, Attorney-General* (*Wilber W. Chambers* and *Robert P. Beyer* of counsel), for secretary of state, respondent.

*Archibald R. Watson, Corporation Counsel* (*James D. Bell* of counsel), for board of elections of the city of New York, respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.